IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DARRELL TRISTAN ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:19CV1195 |
| ) | |
| SGT. N. KEEGAN, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on May 13, 2020, was served on the parties in this action. (ECF Nos. 3, 4).

Plaintiff filed objections to the Magistrate Judge's Recommendation. (*See* ECF No. 6).

The Court has appropriately reviewed the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's claims be DISMISSED as frivolous or for failure to state a claim, with the exception that his excessive force claims under 42 U.S.C. § 1983 against Defendants Keegan and McConnell are allowed to proceed.

This, the 2nd day of June 2020.

/s/ Loretta C. Biggs
United States District Judge